IN THE SUPREME COURT OF THE STATE OF DELAWARE

|  |  |  |
|---|---|---|
| STEPHEN M. SCIANNELLA, Individually and on Behalf of All Others Similarly Situated, | § § § § § | No. 303, 2024 |
|  | § § | Court Below—Court of Chancery of the State of Delaware |
| Plaintiff Below, Appellant, | § § § | C.A. No. 2023-0125 |
| v. | § § | |
| ASTRAZENECA UK LIMITED, ASTRAZENECA PLC, TYRELL RIVERS, PH.D., PASCAL SORIOT, ZHENGBIN YAO, PH.D., EDWARD HU, YANLING CAO, ANDREAS WICKI, CHRIS NOLET, and RACHELLE JACQUES, | § § § § § § § § § | |
| Defendants Below, Appellees. | § § § § | |

Submitted:  March 12, 2025
Decided:    March 26, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

This 26th day of March 2025, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated July 8, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice